AARON D. FORD
Attorney General
HARRY B. WARD, Bar No. 11317
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1159
E-mail: hward@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, James Dzurenda, E.K. McDaniel*
*and Richard Snyder*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN QUINTERO,<br><br>            Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>            Defendants. | Case No. 3:17-cv-00066-MMD-CLB<br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br>(First Request) |

Defendant, Isidro Baca, James Dzurenda, E.K. McDaniel and Richard Snyder by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Harry B. Ward, Deputy Attorney General, hereby moves this Honorable Court for an enlargement of time to respond to Plaintiff's interrogatories, request for admissions, and second and third sets of request for production of documents.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.      RELEVANT PROCEDURAL HISTORY**

This case is a *pro se* civil rights action pursuant to 42 U.S.C. §1983. (ECF No. 9 at 1.) Plaintiff, John Quintero (Plaintiff), is an inmate in the lawful custody of the Nevada Department of Corrections (NDOC". (*Id.*) Plaintiff sues various NDOC employees and alleges they violate his rights under the First, Eighth, and Fourteenth Amendments to the U.S. Constitution. (*Id.* at 3-22.)

/ / /

## II. LEGAL AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

## III. ARGUMENT

Defendants respectfully request a thirty (30) day extension of time out from the current deadline of December 2, 2019, to serve responses to Plaintiff's discovery requests to Defendants.

Due to the volume of information and documents requested, Defendants cannot timely answer Plaintiff's interrogatories, request for admissions, and request for production of documents. Defendants make this request in good faith, not for the purpose of unnecessary delay, and Defendants do not believe Plaintiff will be unduly prejudiced by the requested enlargement.

Additionally, the undersigned has been working with the staff in the Office of the Attorney General in an effort to meet the deadline, but unfortunately is unable to meet the deadline. Defendants submit there is good cause allowing Defendants an additional 30 days to respond to the Plaintiff's discovery requests to ensure accurate and adequate response to the discovery. Accordingly, Defendants respectfully requests this Court allow Defendants up to and including Thursday, January 2, 2020, to answer Plaintiff's interrogatories, request for admissions, and second set of request for production of documents.

## IV. CONCLUSION

Wherefore, Defendant submits that there is good cause for the extension of additional time in which to respond to the discovery request. This request for an extension of time is made in good faith and not for the purpose of undue delay.

1  Defendants respectfully requests this Court allow Defendants up to and including
2  Thursday, January 2, 2020, to answer Plaintiff's interrogatories, request for admissions,
3  and second set of request for production of documents.
4      Dated this 2nd day of December, 2019.

                                AARON D. FORD
                                Attorney General

                         By:    /s/Harry B. Ward
                               HARRY B. WARD, Bar No. 11317
                               Deputy Attorney General

                                *Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 12/3/2019

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of December, 2019, I caused to be served a copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUEST FOR PRODUCTION OF DOCUMENTS (First Request)**, by U.S. District Court CM/ECF Electronic Filing to:

JOHN QUINTERO #93782
NORTHERN NEVADA CORRECTIONAL CENTER
C/O NNCC
P.O. BOX 7000
CARSON CITY, NV 89701
nncclawlibrary@doc.nv.gov

/s/ Perla M. Hernandez
An employee of the
Office of the Attorney General