# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:17-CV-0066-MMD-CLB |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | February 4, 2020 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On November 26, 2019, defendants were granted an extension of time to December 23, 2019 to answer plaintiff's discovery (ECF No. 35). On January 7, 2020, plaintiff filed a motion for discovery and for sanctions (ECF Nos. 45 & 46) stating that defendants served no responses to discovery. No opposition was filed.

Defendants shall have to and including **Monday, February 10, 2020** to file a response to plaintiff's motion. If no response is filed, the court will consider an award of sanctions against defendants.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk