# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN QUINTERO, | ) | 3:17-CV-0066-MMD-CLB |
| Plaintiff, | ) | **MINUTE ORDER** |
| vs. | ) | February 4, 2020 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to order State of Nevada Attorney General to indemnify and file notice of appearance on behalf of defendants Aranas, Noll, Simmons and Ward per NRS 41.0339 (ECF No. 49) is **DENIED**. Plaintff's motion for re-issuance of summons for Aranas, Noll, Simmons, and Ward (ECF No. 50) is also **DENIED.**

On January 3, 2020, this court reissued summons for Aranas, Noll, Simmons and Ward (ECF No. 43). The US Marshal is in the process of attempting to serve these defendants (ECF No. 52 & 53) with the reissued summons. The summons that were previously returned with a "No USM 285 received" note were issued in September 2019 (ECF No. 48).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:         /s/         
Deputy Clerk