**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN QUINTERO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　　　　　Defendants. | 3:17-cv-0066-MMD-CLB<br><br>**ORDER** |
| CHIOKE GADSDEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DONNELLY, et al.,<br><br>　　　　　　　　Defendants. | 3:17-cv-0728-MMD-CLB<br><br>**ORDER** |

The court has reviewed the withdrawals of the motions to continue hearings (ECF Nos. 177 & 49). The court will accept the withdrawals in part. To the extent the withdrawals are predicated on Ms. Martin not appearing and having the hearings covered by other attorneys, those requests are denied. No other attorney will be permitted to appear on behalf of Ms. Martin. Rather the court orders that Ms. Martin shall appear for the hearings which the court will move to begin at 1:00 p.m. (Quintero) and Gadsden (2:00 p.m.). Given Ms. Martin's alleged privacy concerns appearing by video,[1] the court further orders Ms. Martin's personal appearance in court for both hearings.

**DATED:** September 8, 2020            .

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[1] ECF Nos. 176 & 48.

-1-