**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN QUINTERO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:17-CV-0066-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE STATUS CONFERENCE REPORT**<br><br>[ECF No. 214] |

Before the Court is Plaintiff John Quintero's ("Quintero") motion for leave to file status conference report. (ECF No. 214.) Quintero seeks the Court's order for the parties to file status reports in preparation for the status conference set for September 29, 2021. (*Id.*) No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. Therefore,

Quintero's motion for leave to file status conference report, (ECF No. 214), is **GRANTED**. The parties shall file brief status reports, no more than three pages long, on or before **Monday, September 27, 2021**. The parties shall outline the outstanding issues and the proposed resolution to such issues.

**IT IS SO ORDERED**.

**DATED**: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**