**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN QUINTERO,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROMERO ARANAS, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:17-CV-0066-MMD-CLB<br><br>**ORDER RE: SUGGESTION OF DEATH OF DEFENDANT RICHARD SNYDER**<br><br>[ECF No. 227] |

On January 4, 2021, Defendants filed a suggestion of death on the record as to Richard Snyder. (ECF No. 227.) Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution within 90 days of the date of this order, the Court will dismiss Defendant Richard Snyder from this action.

**DATED**: October 25, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**