UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN QUINTERO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROMEO ARANAS,<br><br>　　　　　　　Defendant. | Case No. 3:17-CV-0066-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES**<br><br>[ECF No. 234] |

Before the Court is Plaintiff John Quintero's ("Quintero") motion for substitution of parties. (ECF No. 234.) Defendants responded to the motion, (ECF No. 235), and no reply was filed.

Defendant Richard Snyder was sued in his personal and official capacity in this action. (ECF No. 7 at 5.) Richard Snyder is now deceased. (ECF No. 227.) Quintero seeks to substitute Chaplains Calderin and Burse in the place of Defendant Richard Snyder in his official capacity pursuant to Fed. R. Civ. P. 25(d). (ECF No. 234.) Defendants responded that they have no objection to these Chaplains being substituted in their official capacity. (ECF No. 235.) Therefore, Quintero's motion to substitute is **GRANTED**. (ECF No. 234.)

**IT IS SO ORDERED.**

**DATED**: December 10, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**