**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOHN QUINTERO,<br><br>                            Plaintiff,<br><br>   v.<br><br>ROMEO ARANAS, *et al.*,<br><br>                            Defendants. | Case No. 3:17-CV-0066-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINE**<br><br>[ECF No. 225] |

Before the Court is Plaintiff John Quintero's ("Quintero") motion for extension of the discovery deadline. (ECF No. 225.) Defendants did not file an opposition. Pursuant to 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. Therefore, Quintero's motion to continue the scheduling order, (ECF No. 225), is GRANTED in part as follows:

      Discovery shall be completed no later than **February 11, 2022**;

      Dispositive motions shall be filed no later than **March 14, 2022**; and

      The joint pretrial order shall be filed no later than **April 13, 2022**, or thirty days after the decision of any dispositive motion.

No further requests for extension shall be granted.

**DATED**: December 10, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**