AARON D. FORD
 Attorney General
DOUGLAS R. RANDS, Bar No. 3572
 Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: DRands@ag.nv.gov

*Attorneys for Defendants Romeo Aranas, Isidro Baca, Charles Daniels, Michael Minev, Karin Noll, Pauline Simmons, Brian Ward, Harold Wickham, Julio Calderin, Donald Burse, and Kyle Olsen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN QUINTERO,<br><br>  Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>  Defendants. | Case No. 3:17-cv-00066-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, John Quintero, in pro se, and Defendants, Romeo Aranas, Isidro Baca, Charles Daniels, Michael Minev, Karin Noll, Pauline Simmons, Brian Ward, Harold Wickham, Julio Calderin, Donald Burse and Kyle Olsen, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-

///
///
///
///
///
///
///
///
///

1

1 | captioned action should be dismissed with prejudice by order of this Court, with each party to bear his
2 | own costs.  11:30 AM

3 | DATED this 8 day of June, 2023        DATED this 27th day of July, 2023

AARON D. FORD
Attorney General

By: /s/ John Quintero
JOHN QUINTERO, #93782
Plaintiff Pro Se

By: /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
US DISTRICT JUDGE
DATED: 7/27/2023